1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW C. BOCKMON, #161566
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    MARK RICHARDS
6

7                   IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   Case No.  2:18-cr-039 MCE
                                       )
11               Plaintiff,            )   WITHDRAWAL AND SUBSTITUTION OF
                                       )   COUNSEL
12        v.                           )
                                       )
13  MARK RICHARDS,                     )
                                       )
14               Defendant.            )
                                       )
15  _____

16
        It is respectfully requested that Attorney Matthew C. Bockmon and the Office of the
17
    Federal Defender be relieved as attorney of record in the above captioned case and that attorney
18
    Kresta Daly, 431 I Street, Suite 201, Sacramento, CA 95814; telephone number (916) 440-8600,
19
    kdaly@btdlaw.net, be substituted in as appointed counsel for Mr. Richards.  Mr. Richards
20
    continues to qualify for appointed counsel.
21
    Dated:  June 12, 2018
22

23                                          Respectfully submitted,

24                                          HEATHER E. WILLIAMS
                                            Federal Defender
25
                                            /s/ Benjamin D. Galloway for
26                                           Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
27                                          Assistant Federal Defender

28
        Withdrawal and Sub of Counsel                -1-

I accept the substitution and ask to be appointed.

DATED:  June 12, 2018

/s/ Kresta Daly
KRESTA DALY
Attorney at Law

I consent to the substitution.

DATED: June 12, 2018

/s/ Mark Richards
MARK RICHARDS
Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  June 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE