| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| | **BARTH DALY LLP** |
| 2 | 2810 Fifth Street |
| | Davis, California 95618 |
| 3 | Telephone: (916) 440-8600 |
| | Facsimile: (916) 440-9610 |
| 4 | Email: kdaly@barth-daly.com |
| 5 | Attorneys for Defendant |
| | MARK RICHARDS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00039-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RESET SENTENCING** |
| MARK RICHARDS, | Judge: Honorable Morrison C. England |
| Defendant. | |

This matter was previously taken off calendar for sentencing due to a change in defense counsel. The parties desire to re-set sentencing and respectfully request the following dates:

| | |
|---|---|
| Judgment and Sentencing Date: | September 13, 2018 |
| Reply or statement of non-opposition: | September 6, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 30, 2018 |
| The Pre-Sentence Report shall be filed with the court no later than: | August 20, 2018 |

///

///

{00025551}

STIPULATION AND ORDER -1- [Case No. 2:18-CR-00039-MCE]

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 16, 2018 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | August 2, 2018. |

The Probation Officer assigned to this case is aware of these dates and has no objection.

Dated: July 31, 2018　　　　Respectfully submitted,

BARTH DALY LLP

By　/s/ Kresta Nora Daly
　　KRESTA NORA DALY
　　Attorneys for MARK RICHARDS

Dated: July 31, 2018　　　　By　/s/ Kresta Nora Daly for
　　MATTHEW MORRIS
　　Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{00025551}

STIPULATION AND ORDER　　-2-　　[Case No. 2:18-CR-00039-MCE]