McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-39-MCE |
|---|---|
| Plaintiff, | MOTION TO DISMISS COUNTS 2 AND 3 |
| v. | |
| MARK A. RICHARDS, | |
| Defendant. | |

**MOTION**

Under the terms of the plea agreement, the government agreed to dismiss, at the time of sentencing, Counts 2 and 3 of the indictment. The defendant was sentenced on September 13, 2018. The undersigned does not have an independent recollection of moving to dismiss Counts 2 and 3 at the hearing. Accordingly, in an abundance of caution, the government moves to dismiss Counts 2 and 3 without prejudice, pursuant to the plea agreement and Rule 48. Defense counsel has represented to the undersigned that she does not oppose this motion to dismiss.

Dated: September 17, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

**ORDER**

On motion of the government, Counts 2 and 3 of the indictment are dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE