**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
MARK A. RICHARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **MARK A. RICHARDS,** <br><br> Defendant. | CASE NO. 2:18-CR-00039-MCE <br><br> **ORDER RE REQUEST TO FILE EXHIBIT C UNDER SEAL** |

    Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit C (in eight separate volumes given size limitation of sealed documents, *see* Local Rule 141(e)(2)(i)) of the Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release)—to wit, the defendant's medical records—shall be sealed under further order of this court.

    IT IS SO ORDERED.

Dated: July 31, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE