**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
MARK A. RICHARDS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CASE NO. 2:18-CR-00039-MCE |
| Plaintiff, | **ORDER RE REQUEST TO FILE EXHIBIT A UNDER SEAL** |
| v. | |
| **MARK A. RICHARDS,** | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit A (*see* Local Rule 141(e)(2)(i)) of the Defendant's Reply—to wit, the defendant's medical records—shall be sealed under further order of this court.

IT IS SO ORDERED.

Dated: September 18, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1